UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-24313-BLOOM

ALBERTO SOLER,

       Appellant,

v.

FORMIAMI20 INC.,

       Appellee.
_____/

## ORDER DENYING MOTION TO PROCEED IFP ON APPEAL

**THIS CAUSE** is before the Court upon *pro se* Appellant Alberto Soler's ("Appellant") Motion to Proceed IFP, ECF No. [14] ("Motion"). In the Motion, Appellant seeks permission to appeal *in forma pauperis*. *Id.* at 4. The Court has carefully reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised. For the reasons stated below, the Motion is denied.

Federal Rule of Appellate Procedure 24 provides that

> a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms, the party's inability to pay or to give security for fees and costs;
> (B) claims an entitlement to redress; and
> (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Further "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "A party demonstrates good faith by seeking appellate review of any issue that is not frivolous when examined under an objective standard." *Ghee v. Retailers Nat'l Bank*, 271 F. App'x 858, 859 (11th Cir. 2008). A claim is frivolous "where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S.

319, 325 (1989). In other words, an appeal filed *in forma pauperis* is frivolous "when it appears the plaintiff has little or no chance of success," meaning that the "factual allegations are clearly baseless or that the legal theories are indisputably meritless." *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993) (internal quotation marks omitted).

Upon review, Appellant fails to show, in the detail prescribed by Form 4 of the Appendix of Forms, his inability to pay or give security for fees and costs. Appellant states that he is unemployed, has "0.00" total monthly income, and has no cash or money in any bank accounts or in any other financial institution. ECF No. [14] at 5-7. Appellant fails to further substantiate his inability to pay in a meaningful manner. In addition, Appellant includes the following phrase "IFP by the BKC Court on all appeal cases" in his Motion, but the Court is unable to discern what "appeal cases" Appellant is referring to because Appellant does not further specify the cases. *Id.* at 7. As such, Appellant's Motion warrants denial for failure to comply with Fed. R. App. P. 24(a)(1)(A).

The Court also determines that Appellant's appeal lacks an arguable basis either in law or in fact and is therefore frivolous. Appellant appears to seek appellate review of this Court's denial of Appellant's "Notice for Appeal to Active Status What you wish for[,]" ECF No. [7] ("Notice"). *See* ECF No. [14] at 4 (seeking to appeal "District Court [*sic*] denial [of] motion to reopen the appeal"). As the Court stated in its Order denying Appellant's Notice, "even given the most liberal construction, the Notice is unintelligible." ECF No. [8] at 1. As such, an appeal of this Court's Order denying Appellant's unintelligible Notice lacks an arguable basis in either law or fact.

Should Appellant wish to proceed with the pending appeal, Appellant must pay the filing fee. Furthermore, the Court directs Appellant to Federal Rule of Appellate Procedure 24(a)(5), which states that, upon a district court's denial of an *in forma pauperis* motion, a "party may file

Case No. 21-cv-24313-BLOOM

a motion to proceed on appeal *in forma pauperis* in the court of appeals within 30 days after service of the notice prescribed in Rule 24(a)(4)." Fed. R. App. P. 24(a)(5). Further, a motion to proceed on appeal *in forma pauperis* "must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action." *Id.*

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [14]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 27, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Alberto Soler
4741 N.W. 5 Street
Miami, FL 33126
786-613-1778
PRO SE